**Dismissed and Opinion Filed January 9, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01327-CV

## CHARLA LOGSDON AS NEXT FRIEND OF JORDAN LOGSDON, Appellant
## V.
## RONALD LOGSDON, Appellee

**On Appeal from the 417th Judicial District Court
Collin County, Texas
Trial Court Cause No. 417-03978-2014**

## MEMORANDUM OPINION

Before Justices Francis, Evans, and Stoddart
Opinion by Justice Francis

Before the Court is the January 5, 2015, unopposed motion to dismiss the appeal filed by

Charla Logsdon as Next Friend of Jordan Logsdon. In the motion, Logsdon states she has settled

with Ronald Logsdon and requests we dismiss this appeal. We grant the motion and dismiss this

appeal. TEX. R. APP. P. 42.1(a).

141327F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHARLA LOGSDON AS NEXT FRIEND
OF JORDAN LOGSDON, Appellant

No. 05-14-01327-CV       V.

RONALD LOGSDON, Appellee

On Appeal from the 417th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 417-03978-2014.
Opinion delivered by Justice Francis,
Justices Evans and Stoddart participating.

Based on appellant's January 5, 2015, unopposed motion to dismiss the appeal, and in accordance with this Court's opinion of this date, the appeal is **DISMISSED**.


Judgment entered January 9, 2015.